# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAURA YOUNG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUBARU CORPORATION, SUBARU OF AMERICA, INC., TOYOTA MOTOR CORPORATION and TOYOTA MOTOR NORTH AMERICA, INC.,<br><br>Defendants. | Civil Action No. 1:24-cv-07438-CPO-MJS<br><br>Hon. Christine O'Hearn<br><br>**AMENDED JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Laura Young, in her individual capacity, and Defendants Toyota Motor North America, Inc. and Subaru of America, Inc., by and through undersigned counsel, hereby stipulate and agree that this action is voluntarily dismissed with prejudice as to Plaintiff, and without prejudice as to putative class members, against all named Defendants, with each party to bear her or its own costs and fees.

DATED: January 7, 2025

| | |
|---|---|
| /s/ *James E. Cecchi*<br>James E. Cecchi<br>Jordan M. Steele<br>Jason H. Alperstein<br>CARELLA, BRYNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.<br>5 Becker Farm Road<br>Roseland, New Jersey 07086-220<br>Telephone: (973) 994-1700<br>jcecchi@carellabryne.com<br>jsteele@carellabyrne.com<br>jalperstein@carellabyrne.com | /s/ *Eric F. Gladbach*<br>Eric F. Gladbach<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 556-2100<br>Facsimile: (212) 556-2222<br>egladbach@kslaw.com<br><br>**Attorneys for Defendant Toyota Motor North America, Inc.** |
| /s/ *Demet Basar*<br>Demet Basar<br>W. Daniel "Dee" Miles, III (*pro hac vice*)<br>H. Clay Barnett, III (*pro hac vice*)<br>Mitch Williams (*pro hac vice*)<br>Dylan T. Martin (*pro hac vice*)<br>Trent H. Mann (*pro hac vice*)<br>BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.<br>272 Commerce Street<br>Montgomery, Alabama 36104<br>Telephone: (334) 269-2343<br>dee.miles@beasleyallen.com<br>demet.basar@beasleyallen.com<br>clay.barnett@beasleyallen.com<br>mitch.williams@beasleyallen.com<br>dylan.martin@beasleyallen.com<br>trent.mann@beasleyallen.com<br><br>**Attorneys for Plaintiff Laura Young** | /s/ *Homer B. Ramsey*<br>Homer B. Ramsey<br>SHOOK, HARDY & BACON LLP<br>101 Hudson Street, 21st Floor<br>Jersey City, NJ 07302<br>Telephone: (201) 749-5473<br>Facsimile: (201) 660-9992<br>hramsey@shb.com<br><br>**Attorneys for Defendant Subaru of America, Inc.** |

**CERTIFICATION OF SERVICE**

      I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which automatically sends email notification of such filing to all attorneys of record.

      This 7th day of January, 2025.

                                                      */s/ Demet Basar*
                                                      Demet Basar